## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 CR 635 - 3 & 4 | **DATE** | 6/8/2006 |
| **CASE TITLE** | US vs. Rodney McLee (#3) and Vicki Murph-Jackson (#4) | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/8/2006. The Court affirms that it would have imposed the same sentences as previously imposed against defendants Rodney McLee and Vicki Murph-Jackson had the Guidelines been advisory and not mandatory. The Clerk of Court is directed to transmit a certified copy of this minute order to the United States Court of Appeals for the Seventh Circuit.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | SCT |
|---|---|---|