UNPUBLISHED ORDER
Not to be cited per Circuit Rule 53

# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

July 26, 2006

Before

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| No. 04-1535 | Appeal from the United States District Court for the |
| UNITED STATES OF AMERICA,<br>*Plaintiff-Appellee,* | Northern District of Illinois, Eastern Division. |
| *v.* | No. 02 CR 635 |
| VICKI MURPH-JACKSON,<br>*Defendant-Appellant.* | Charles P. Kocoras,<br>*Judge.* |

## ORDER

This court ordered a limited remand so the district court could state on the record whether the sentence remains appropriate now that *United States v. Booker*, 125 S. Ct. 738 (2005), has limited the Sentencing Guidelines to advisory status. *See United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005).

The district judge has now replied that he would today impose the same sentence, knowing of the Sentencing Guidelines' advisory status. The parties did not respond to our invitation to file arguments in this court regarding the district court's *Paladino* remand statement. We do not see any reason why Murph-Jackson's sentence of 262 months—at the low end of the Guidelines range—would be deemed "unreasonable" in post-*Booker* practice. The judgment of the district court therefore is AFFIRMED.