# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| United States of America , Plaintiff(s), v. Vicki Murph-Jackson, Defendant(s). | Case No. 02 CR 635 Judge Charles P. Kocoras |

## ORDER

Motion hearing held. Unopposed motion to terminate supervised release [433] is granted.

:04

Date: 3/30/2017

*Charles P. Kocoras*
Charles P. Kocoras
United States District Court Judge